McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
ARMAND D. ROTH Cal. Bar # 214624

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    e-mail: Armand.Roth@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| ANTHONY JONES,<br><br>    Plaintiff,<br><br>      v.<br><br>MICHAEL J. ASTRUE[1],<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO.1:06-cv-01693-OWW-TAG<br><br>STIPULATION AND ORDER<br>OF VOLUNTARY REMAND PURSUANT<br>TO SENTENCE 6 OF 42 U.S.C. § 405(g) |

    IT IS STIPULATED by and between the parties, through their undersigned counsel of record, that the above-captioned proceeding shall be remanded to the Commissioner of Social Security for further administrative proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g). This stipulation is entered into because the claim file and the recording of the hearing before the ALJ cannot be located at this time. If they cannot be located within a reasonable amount of time, the Appeals Council will remand the case for the file to be reconstructed and a de novo hearing before an ALJ.

---

[1] On February 12, 2007, Michael J. Astrue became the Commissioner of Social Security. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue should be substituted, therefore, for Linda S. McMahon as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Further, defendant agrees to file with the Court and serve on plaintiff a Status Report every 90 days from the date this order is filed with the Court in the event the claim file cannot be located within that time period.

Respectfully submitted,

Dated: June 25, 2007      /s/ *Charles D. Oren
                          (As authorized via *telephone)
                          CHARLES D. OREN
                          Attorney for Plaintiff

Dated: June 25, 2007      McGREGOR W. SCOTT
                          United States Attorney
                          LUCILLE GONZALES MEIS
                          Regional Chief Counsel, Region IX
                          Social Security Administration

                          */s/ Armand D. Roth
                          ARMAND D. ROTH  (ALL CAPS)
                          Special Assistant U.S. Attorney

                          Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **June 25, 2007**                          **/s/ Theresa A. Goldner**
                                          UNITED STATES MAGISTRATE JUDGE