IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY JONES | ) | 1:06-CV-1693 OWW TAG |
| | ) | |
| Plaintiff, | ) | ORDER DENYING REQUEST FOR CONTINUANCE |
| | ) | AND SETTING DEADLINES TO FILE AND SERVE |
| vs. | ) | OPENING, RESPONSIVE, AND REPLY BRIEFS |
| | ) | |
| COMMISSIONER OF | ) | (Doc. 23) |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      On September 10, 2008, the parties filed a stipulation requesting a continuance to file Plaintiff's confidential brief. (Doc. 23). The stipulation provided no reason for the continuance.

      This case commenced on November 16, 2006. (Docs. 1, 2). On June 25, 2007, the parties stipulated to a remand pursuant to sentence six of 42 U.S.C. § 405(g), because the claim file and recording of the hearing before the Administrative Law Judge could not be located. (Doc. 16). On June 26, 2007, the Court remanded the case for further proceedings, and ordered that status reports be filed at ninety-day intervals thereafter in the event the claim file was not timely located. (Doc. 17). No status reports were filed. (See docket). On July 25, 2008, Defendant lodged the administrative record with the Court. (Doc. 20).

      By the Court's calculation, the deadline for Plaintiff to serve his confidential letter brief expired on August 24, 2008. Given the age of this case, the fact that the deadline has already expired, and the lack of any proffered reason for a late continuance, the Court finds that no good cause exists to grant the request for an extension of time to serve the confidential letter brief.

1

Accordingly, the Court makes the following orders:

1. The parties' request for an extension of time to serve Plaintiff's confidential letter brief (Doc. 23) is denied;

2. Plaintiff shall have to and including October 10, 2008, to file an opening brief with the Court and to serve it on Defendant;

3. Defendant's responsive brief shall be filed with the Court and served on Plaintiff within thirty (30) days after service of Plaintiff's opening brief;

4. Plaintiff's reply brief shall be filed with the Court and served on Defendant within fifteen (15) days after service of Defendant's responsive brief; and

5. This order modifies the Scheduling Order dated November 21, 2006 (Doc. 6).

IT IS SO ORDERED.

Dated:   **September 11, 2008**                    **/s/ Theresa A. Goldner**
                                                   UNITED STATES MAGISTRATE JUDGE