IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>    Defendant. | 1:06-cv-01693-OWW-TAG<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br><br>(Doc. 33) |

On November 16, 2006, Plaintiff filed the present action for judicial review of the denial of Social Security benefits. (Docs. 1, 2.) On June 25, 2007, the parties stipulated to a remand pursuant to sentence six of 42 U.S.C. § 405(g) because the claim file and recording of the hearing before the Administrative Law Judge could not be located. (Doc.16.) On June 26, 2007, the Court remanded the case for further proceedings and ordered that status reports be filed at ninety-day intervals thereafter in the event the claim file was not timely located. (Doc. 17.) No status reports were filed. (*See* Docket sheet generally.)

On July 25, 2008, Defendant lodged the administrative record with the Court. (Doc. 20.)

By order dated September 11, 2008, the Court amended its previous scheduling order to provide that Plaintiff's opening brief was to be filed with the Court and served on Defendant on or before October 10, 2008; Defendant's responsive brief was to be filed with the Court and served on Plaintiff within thirty (30) days after service of Plaintiff's opening brief; and Plaintiff's reply brief was to be filed with the Court and served on Defendant within fifteen (15) days after service of

1

Defendant's responsive brief. (Doc. 24.) On December 5, 2008, Plaintiff filed with the Court and served on Defendant the Plaintiff's opening brief. (Doc. 29.) Pursuant to the Court's amended scheduling order, Defendant's responsive brief was due on or before January 5, 2009.

As of January 22, 2009, Defendant had failed to file its responsive brief (*see* Docket sheet) and on that date, this Court issued an order to show cause why sanctions should not be imposed for failure to comply with the Court's September 11, 2008 order. (Doc. 33.) The order to show cause also provided that if Defendant filed its responsive brief on or before February 2, 2009, the order to show cause would be discharged. (*Id.*) On January 23, 2009, Defendant filed a response to the order to show cause. (Doc. 34). On February 2, 2009, Defendant filed an opposition to Plaintiff's opening brief. (Doc. 35).

The Court has read and considered Defendant's response to the order to show cause, and notes that Defendant's opposition to Plaintiff's opening brief was filed by February 2, 2009. Based on the timely filing of the latter, the Court finds that good cause exists to discharge the order to show cause.

Accordingly, it is HEREBY ORDERED that the Court's January 22, 2009 order to show cause (Doc. 33) is DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 4, 2009**                                      /s/ Theresa A. Goldner
                                                                          UNITED STATES MAGISTRATE JUDGE

2